UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 14-303 (DWF/JJK) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Milton Eugene Ingram (2), Johnny Martell Brown (3), and Deon Terrance Fisher (8), | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated January 5, 2015. (Doc. Nos. 170, 171, 172.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Jeffrey J. Keyes's January 5, 2015 Report and Recommendation (Doc. Nos. [170], [171] & [172]) is **ADOPTED**.

2. Defendant Johnny Martell Brown's (3) Motion to Sever Defendant (Doc. No. [71]) is **DENIED**.

3. Defendant Milton Eugene Ingram's (2) Motion for Severance (Doc. No. [138]) is **DENIED**.

4. Defendant Deon Terrance Fisher's (8) Motion for Suppression of Admissions or Confessions (Doc. No. [82]) is **DENIED**.

Dated:  February 11, 2015           s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge